# Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VAu 971-361

**Effective date of
registration:**

September 10, 2008

## Title

**Title of Work:** Collected Photography of Alan J. Goulet

## Completion/ Publication

**Year of Completion:** 2008

## Author

■ **Author:** Alan Joseph Goulet

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States          **Domiciled in:** United States

**Year Born:** 1963

## Copyright claimant

**Copyright Claimant:** Alan Joseph Goulet

54 Bass Lake Dr., DeBary, FL, 32713, United States

## Certification

**Name:** Alan Joseph Goulet

**Date:** September 9, 2008