# Exhibit

# 2



# 15 Bay Area companies that are 'hiring like crazy', according to Glassdoor

Want a new job this year? Here are the Bay Area companies Glassdoor says are looking for loads of workers right now.



SLIDE 12 OF 15
Ikea. One of the world's top furniture retailers has current openings in American Canyon and Emeryville for Receptionist, Customer Service Co-Worker and Sales Manager. (Photo: Ikea)

MICHAEL BARNES
THE PRESS DEMOCRAT
January 17, 2018

Is your New Year's resolution to find a job? The employment website Glassdoor just released a list of 15 U.S. companies currently "hiring like crazy."

We've narrowed the list down to the 15 companies with a Bay Area presence. Happy job hunting!

**BREAKING NEWS ALERTS**
Receive immediate notice of breaking news events.

Enter your email address

**Subscribe Now**

Read our Privacy Policy




**MOST POPULAR**


Kaiser West says he's running for president, working on campaign with Mike Yamaguchian


2 Santa Rosa men arrested Sunday on suspicion of illegal gun possession


Padre from English: The Room in Santa Rosa closing after 15 years

Parents who lost son to overdose will host Narcan training

3 badly injured in Friday night shooting in east Santa Rosa



**What's Happening**

Holiday hours at Brecher Landing
Receive weekly roundup.

The Storytelling by Bob - All Day...
Artist Santa Rosa, CA

Taco Tuesday Bike Ride
Artist Santa Rosa, CA

BINGO at Victory Rooms
Room in Santa Rosa, CA

From East to East
Area Brecher Landing





**Trending Articles**



UPDATED: Please read and follow our commenting policy:

- This is a family newspaper; please use a kind and respectful tone.
- No profanity, hate speech or personal attacks. No off-topic remarks.
- No disinformation about current events.
- We will remove any comments — or commenters — that do not follow the commenting policy.

Send a letter to the editor

## Conversation

Start the conversation

**RECENT STORIES**

fiverr
Auf der Suche nach einem Freelancer?
Jetzt finden

The Press Democrat
WE'RE MORE THAN JOURNALISTS.
Introducing
BEHIND THE BYLINE



---

**OUR NETWORK**

NORTH BAY
Business Journal

News | Obit | Sports | Business | Opinion | Food & Wine | Dining | A&E | Events Guide

**Contact + Help**

**Subscribers**

**About Us**

**Services**